```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 25213
    BYRON DICKERSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9000


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 09/23/2008 and was not confirmed.

    The case was dismissed without confirmation 01/21/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
ANNETTE B HENDRIX          UNSECURED        NOT FILED            .00           .00
PALLINO RECEIVABLES        UNSECURED           413.05            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           157.57            .00           .00
CHICAGO HOUSING AUTHORIT   UNSECURED        NOT FILED            .00           .00
FINGERHUT DIRECT MARKETI   UNSECURED           477.93            .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED           990.00            .00           .00
LVNV FUNDING               UNSECURED           485.54            .00           .00
PREMIER BANKCARD           UNSECURED           399.87            .00           .00
ECAST SETTLEMENT CORP      UNSECURED          2026.46            .00           .00
ST IL TOLLWAY AUTHORITY    UNSECURED          2712.60            .00           .00
MEDICAL FACT ACT SUPPRES   UNSECURED        NOT FILED            .00           .00
MEDICAL FACT ACT SUPPRES   UNSECURED        NOT FILED            .00           .00
MERRICK BANK               UNSECURED          1576.72            .00           .00
MONEY CONTROL              UNSECURED        NOT FILED            .00           .00
GREGORY EMERGENCY PHY      UNSECURED        NOT FILED            .00           .00
GREGORY EMERGENCY PHY      UNSECURED        NOT FILED            .00           .00
GREGORY EMERGENCY PHYSIC   UNSECURED        NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00           .00
SPRINT NEXTEL              UNSECURED           240.73            .00           .00
THORN AUTO REBUILDER       UNSECURED        NOT FILED            .00           .00
US DEPT OF EDUCATION       UNSECURED         25532.10            .00           .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC     12012.00            .00           .00
CAPITAL ONE AUTO FINANCE   UNSECURED            71.37            .00           .00
B REAL LLC/MS 550          UNSECURED           177.00            .00           .00
B REAL LLC/MS 550          UNSECURED           393.00            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           282.68            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,474.00                          .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 25213 BYRON DICKERSON

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                      ---------------    ---------------
TOTALS                                            .00                .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE